IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANGEL L. ARBOLAY, | § | |
| | § | No. 194, 2020 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below−Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1808009995(N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 17, 2021
Decided: March 24, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, and **MONTGOMERY-REEVES**, Justices.

## ORDER

This 24th day of March, 2021, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its order dated May 28, 2020.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Chief Justice